# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**711.1**
**KA 12-00753**
PRESENT: SCUDDER, P.J., CARNI, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                      MEMORANDUM AND ORDER

ERIC HARRIS, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

DAVID J. PAJAK, ALDEN, FOR DEFENDANT-APPELLANT.

BARRY L. PORSCH, DISTRICT ATTORNEY, WATERLOO, FOR RESPONDENT.

-------------------------------------------------------------------------------

Appeal from a resentence of the Seneca County Court (Dennis F. Bender, J.), rendered March 7, 2011. Defendant was resentenced by imposing terms of postrelease supervision.

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Harris* ([appeal No. 2] ___ AD3d ___ [June 12, 2015]).

Entered:  June 12, 2015                         Frances E. Cafarell
                                                Clerk of the Court